**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Chrishona Hodges

                        Plaintiff,

v.                                         Case No.: 1:21−cv−03148
                                               Honorable Robert W. Gettleman

Castle Credit Co Holdings LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 21, 2021:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's unopposed motion to certify a collective action under Section 216(B) of the FLSA solely for settlement purposes, for approval of an opt−in settlement, and for approval of awards of attorneys' fees and costs and incentive award [12] is granted. Enter Order. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.